UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 02 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JESSICA FIDLER, an individual and guardian of minor on behalf of E.F., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> STATE OF ARIZONA, a government entity; et al., <br><br> Defendants - Appellees. | No. 23-15691 <br><br> D.C. No. 2:22-cv-00300-ROS <br> U.S. District Court for Arizona, Phoenix <br><br> **MANDATE** |

The judgment of this Court, entered April 10, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT